UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/09

---

| | |
|---|---|
| MARSHALL FREIDUS and EDWARD P. ZEMPRELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ING GROEP N.V., et al.,<br><br>    Defendants. | Civil Action No. 1:09-cv-01049-LAP<br><br>**CLASS ACTION** |
| NELSON CARABALLO, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ING GROEP N.V., et al.,<br><br>    Defendants. | Civil Action No. 1:09-01284<br><br>**CLASS ACTION** |
| HAROLD H. POWELL TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ING GROEP N.V., et al.,<br><br>    Defendants. | Civil Action No. 1:09-01410<br><br>**CLASS ACTION** |

[Caption continued on following page.]

ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

——————————————————————— x
| | |
|---|---|
| JEFFREY HATHORN, on Behalf of Himself and All Others Similarly Situated, | Civil Action No. 1:09-cv-01820 |
| Plaintiff, | **CLASS ACTION** |
| vs. | |
| ING GROEP N.V., et al., | |
| Defendants. | |
| JEFFREY LEFCOURT, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:09-02667 |
| Plaintiff, | **CLASS ACTION** |
| vs. | |
| ING GROEP N.V., et al., | |
| Defendants. | |
| CLAUDE EMERY, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:09-03066 |
| Plaintiff, | **CLASS ACTION** |
| vs. | |
| ING GROEP N.V., et al., | |
| Defendants. | |

——————————————————————— x

Having considered the Motion of Belmont Holdings Corp. ("Belmont Holdings") and Marshall Freidus ("Freidus") for Consolidation, Appointment as Lead Plaintiffs and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Samuel H. Rudman in support thereof, and good cause appearing therefore:

1. The Actions are hereby consolidated;

2. Belmont Holdings and Freidus are hereby appointed Lead Plaintiffs for the Class pursuant to Section 27 of the Securities Act of 1933; and

3. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP and the Law Offices of Bernard M. Gross, P.C. are hereby appointed Lead Counsel.

4. *The parties shall proceed according to the schedule set out in the order dated March 31, 2009, doc. no. 4 in 09 cv 1410.*

IT IS SO ORDERED.

DATED: *May 19, 2009*

_____
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

- 1 -