UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARSHALL FREIDUS and EDWARD    :    09 CV 1049 (LAP)
P. ZEMPERELLI,                 :
                               :    **ORDER**
            Plaintiffs,        :
                               :
    v.                         :
                               :
ING GROEP N.V., et al.,        :
                               :
            Defendants.        :
                               :
-----------------------------------------------------------X
NELSON CARABALLO,              :    09 CV 1284 (LAP)
                               :
                               :
            Plaintiff,         :
                               :
    v.                         :
                               :
ING GROEP N.V., et al.,        :
                               :
            Defendants.        :
                               :
-----------------------------------------------------------X
HAROLD H. POWELL TRUST,        :    09 CV 1410 (LAP)
                               :
                               :
            Plaintiff,         :
                               :
    v.                         :
                               :
ING GROEP N.V., et al.,        :
                               :
            Defendants.        :
                               :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/09

```
------------------------------------------------------------X
JEFFREY HATHORN,                              :   09 CV 1820 (LAP)
                                              :
                                              :
                        Plaintiff,            :
                                              :
    v.                                        :
                                              :
ING GROEP N.V., et al.,                       :
                                              :
                        Defendants.           :
                                              :
------------------------------------------------------------X
JEFFREY LEFCOURT,                             :   09 CV 2667 (UA)
                                              :
                                              :
                        Plaintiff,            :
                                              :
    v.                                        :
                                              :
ING GROEP N.V., et al.,                       :
                                              :
                        Defendants.           :
                                              :
------------------------------------------------------------X
```

LORETTA A. PRESKA, United States District Judge:

Because Plaintiffs' Joint Response to Memoranda Re: Cahill Gordon & Reindel LLP dated April 3, 2009 was not docketed and no courtesy copy was delivered to chambers, the Court was unaware of Plaintiffs' position and issued an order dated May 19, 2009 consolidating the related actions, appointing the Lead Plaintiff and approving the selection of lead counsel [dkt. no. 32]. Having now received Plaintiffs' Joint Response by way of counsel's May 28, 2009 letter, the May 19 order is rescinded.

Counsel shall confer with respect to the information requested by Plaintiffs and shall inform the Court by letter no later than June 12 of how they propose to proceed.

SO ORDERED:

Dated: New York, New York
June 5, 2009

　　　　　　　　　　　　　　　　　　　／s／ Loretta A. Preska
　　　　　　　　　　　　　　　　　　　LORETTA A. PRESKA, U.S.D.J.

09CV1049ORDER

3