UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MARSHALL FRIEDUS, et ano.,

       Plaintiffs,

  -against-          09 Civ. 1049 (LAK)
                and consolidated cases
                09 Civ. 1284 (LAK)
ING GROUP, N.V., et al.,       09 Civ. 1410 (LAK)
                09 Civ. 1820 (LAK)
       Defendants.     09 Civ. 2667 (LAK)
------------------------------------------x 09 Civ. 3066 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    In view of the Court's consolidated of these actions and its selection of a Lead Plaintiff and Lead Counsel [docket item 32], all pending motions in these cases either have been decided or have been rendered moot.

    The Clerk shall terminate all open motions.

    SO ORDERED.

Dated:  July 22, 2009

                        _____
                        Lewis A. Kaplan
                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 7/23/09