UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARSHALL FRIEDUS, et ano.,

               Plaintiffs,

    -against-                              09 Civ. 1049 (LAK)

ING GROEP N.V., et al.,

               Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Defendants' motion to strike [DI 82] is denied. The arguments made here will be considered, to the extent appropriate, in ruling on the motion to dismiss.

      SO ORDERED.

Dated:     January 11, 2010

                                                 Lewis A. Kaplan
                                         United States District Judge