UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
MARSHALL FRIEDUS, et ano.,

                Plaintiffs,

           -against-                    09 Civ. 1049 (LAK)

ING GROEP N.V., et al.,

                Defendants.
------------------------------------------------x

**CORRECTED ORDER**

LEWIS A. KAPLAN, *District Judge*.

        Plaintiffs' motion to strike [DI 82] is denied. The arguments made here will be considered, to the extent appropriate, in ruling on the motion to dismiss.

        SO ORDERED.

Dated:     January 11, 2010

                                      Lewis A. Kaplan
                                 United States District Judge