UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MARSHALL FREIDUS, et ano.,

                       Plaintiffs,

         -against-                                       09 Civ. 1049 (LAK)

ING GROUP N.V., et al.,

                       Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      For substantially the reasons set forth in defendants' August 15, 2012 memorandum [DI 178], the request of Joseph Silliman to be appointed lead plaintiff and for other relief is denied.

      SO ORDERED.

Date:    August 16, 2012

                                                   Lewis A. Kaplan
                                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/12