```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARSHALL FREIDUS, et ano.,

                Plaintiffs,

-against-

ING GROUP N.V., et al.,

                Defendants.
------------------------------------------------------------X

09 CIVIL 1049 (LAK)

**JUDGMENT**

      Defendants having moved to dismiss for lack of subject matter jurisdiction on the ground that no plaintiff remains who has standing to pursue any of the claims asserted in the consolidated amended complaint, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on October 11, 2012, having rendered its Memorandum and Order granting Defendants' motion to dismiss the action in all respect, and directing the Clerk to enter judgment and close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 11, 2012, Defendants' motion to dismiss the action is granted in all respect; accordingly, the case is closed.

**Dated:** New York, New York
          October 12, 2012

                                            **RUBY J. KRAJICK**
                                               Clerk of Court

                        **BY:**
                                                   **Deputy Clerk**

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON _____