Kaplan, Y.

RECEIVED AUG 05 2015 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARSHALL FREIDUS, et ano.,

               Plaintiffs,

     - against -

ING GROUP N.V., et al.,

               Defendants.

------------------------------------------------------------------X

09 Civ. 1049 (LAK)

JUDGMENT

      Nancy Cope, in her capacity as personal representative of the Estate of named plaintiff Charles Raymond Ragan (a/k/a Ray Ragan), having moved to be substituted as plaintiff for her decedent and such motion having come before the Honorable Lewis A. Kaplan, United States District Judge, and by Memorandum and Order entered July 27, 2015 (Doc. 211), the Court having denied such motion and ordering the action, insofar as it was brought on behalf of Mr. Ragan, dismissed, and by reason of the judgment that was entered on October 12, 2012 (Doc. 192), and all prior orders merged into that Judgment (including the October 11, 2012 Memorandum and Order (Doc. 191), the July 10, 2012 Memorandum and Order (Doc. 173), the March 29, 2011 Memorandum and Order Doc. 166) and the September 14, 2010 Memorandum Opinion (Doc. 115)), and all subsequent appeals therefrom having been made final by Mandate of the United States Court of Appeals for the Second Circuit, entered on May 27, 2015 (Doc. 199), the action has been dismissed as against the other two named plaintiffs, it is now further

[NEWYORK 3097542_1]

ORDERED, ADJUDGED AND DECREED that, for the reasons set forth by the Court in the foregoing memoranda and orders, this case is hereby dismissed and closed.

Dated: New York, New York
       August 5, 2015

_____
Hon. Lewis A. Kaplan
U.S.D.J.